1022

**John VERMILLION v. UNITED STATES of America.**

No. 7562.

Circuit Court of Appeals, Sixth Circuit.

Dec. 18, 1936.

D. G. Boleyn and C. A. Noble, both of Hazard, Ky., Moss Noble, of Jackson, Ky., and Harry N. Smith and W. A. Schuberth, both of Cincinnati, Ohio, for appellant.

Mac Swinford, U. S. Atty., of Lexington, Ky.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

It is ordered that the motion of appellee to dismiss appeal be, and the same is, granted and the appeal is hereby dismissed.

**Ida WELLS v. F. E. KENNAMER, United States District Judge for the Northern District of Oklahoma.**

No. 1506.

Circuit Court of Appeals, Tenth Circuit.

Nov. 27, 1936.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Motion denied.

**William A. WEBSTER v. COMMISSIONER OF INTERNAL REVENUE.**

No. 7275.

Circuit Court of Appeals, Sixth Circuit.

Nov. 13, 1936.

F. E. Hagler, of Memphis, Tenn., for petitioner.

Robert H. Jackson, Sewall Key, and Herman Oliphant, all of Washington, D. C., for respondent.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

Pursuant to stipulation of counsel, it is ordered that the appeal herein be, and the same is, dismissed.

**In the Matter of WEIBEL BREWING CO., Bankrupt.**

**In re CROWN CORK & SEAL CO., Appellant.**

No. 65.

Circuit Court of Appeals, Second Circuit.

Nov. 2, 1936.

Arthur Klein, Robert J. Woodruff, and Charles Albom, all of New Haven, Conn., for appellant.

Stoddard, Wetzler, Persky & Eagan, of New Haven, Conn. (Harold C. V. Eagan and S. Fred Wetzler, both of New Haven, Conn., of counsel), for appellee.

Before L. HAND, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Decree affirmed on the authority of In re Day & Co., 178 F. 545 (C.C.A.2); In re Stradley & Co. (D.C.) 187 F. 285.